The People of the State of New York, Respondent,
against
Calvin Fish, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Herbert J. Adlerberg, J.H.O.), rendered October 24, 2014, convicting him, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Herbert J. Adlerberg, J.H.O.), rendered October 24, 2014, affirmed.
The accusatory instrument was not jurisdictionally defective. The instrument, including the certified abstract of defendant's driving record and proofs of mailing of notices of suspension of defendant's driver's licence, was sufficient to establish reasonable cause to believe that defendant was operating a motor vehicle while knowing or having reason to know that his licence had been suspended or revoked (see People v Thompson, 52 Misc 3d 145[A], 2016 NY Slip Op 51287[U] [App Term, 1st Dept 2016], lv denied 28 NY3d 1076 [2016]; People v Outerbridge, 51 Misc 3d 126[A], 2016 NY Slip Op 50336[U] [App Term, 1st Dept 2016], lv denied 27 NY3d 1137 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT. 
I concur I concur I concur
Decision Date: June 15, 2018